UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cr-00170-JPH-DML |
| APRIL E. HAYWORTH, | ) -02 |
| Defendant. | ) ) |

**ENTRY FOR DECEMBER 17, 2021**

On this date, April Hayworth appeared in person and by counsel, Katherine Jackson-Lindsay, for a change of plea and sentencing hearing. The government appeared by counsel, Assistant United States Attorney Kyle Sawa. Kendra Stakelbeck appeared on behalf of the United States Probation Office. The hearing was recorded by Court Reporter, Jodie Franzen.

Defendant was placed under oath. The Court found that Defendant was fully competent and able to enter an informed plea; Defendant's plea was being made knowingly and voluntarily; and the plea was supported by an independent basis in fact containing each of the essential elements of the offense charged. The Court accepted the Plea of Guilty after conducting the requisite hearing under Federal Rule of Criminal Procedure 11(b). The Court adjudged Defendant guilty of Count 1. The government moved to dismiss Count 2, which motion was GRANTED.

The parties were heard with respect to the sentence, application of the Sentencing Guidelines and application of 18 U.S.C. § 3553(a) factors. For the reasons stated, Defendant was sentenced to 18 months' imprisonment and three years' supervised release. A fine of $500.00 was imposed with interest waived. A special assessment of $100.00 was imposed. The petition for pretrial violation was DISMISSED. Dkt. [106]. Defendant was remanded to the custody of the U.S. Marshal. The Judgment is forthcoming.

Distribution:

Katherine Frances Jackson-Lindsay
JACKSON LEGAL SERVICES, P.C.
kjackson@jacksonlegalindy.com

Kyle M. Sawa
UNITED STATES ATTORNEY'S OFFICE
kyle.sawa@usdoj.gov